IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § <br> § Crim. No. 3:15-CR-43-K <br> § <br> § <br> § |
| SANTIAGO REYNOZO | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The defendant's conditions of supervised release are **REVOKED**, and he is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **SEVEN (7) MONTHS**, and with no additional term of supervised release to follow.

The defendant shall receive credit for time served.

The defendant is ordered to surrender to the United States Marshal no later than noon on January 19, 2023, for service of his sentence.

The Court recommends that the defendant be housed in a Bureau of Prisons facility in Seagoville, Texas, if appropriate.

**SO ORDERED.**

**Signed February 6th, 2023.**

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**